IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-62446-KMM

DENISE BOVE,

    Plaintiff,

vs.

MORSE OPERATIONS, INC., a Florida
Corporation, d/b/a Bayview Cadillac,

    Defendant.

_____/

## JOINT MOTION TO REVIEW AND APPROVE FLSA SETTLEMENT

    Plaintiff and Defendant, by and through their respective undersigned counsel, hereby jointly move the Court to review and approve their settlement and dismiss this action with prejudice, as follows:

    1.    Plaintiff's complaint alleges that Defendant violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA"), by failing to pay her alleged unpaid overtime compensation. Defendant vigorously denies any wrongdoing under the FLSA, and further denies that Plaintiff is entitled to any relief whatsoever. The parties agree that there is a bona fide, good faith dispute as to both liability and damages regarding Plaintiff's claims.

    2.    To avoid the costs and uncertainty of further litigation, the parties have negotiated a settlement of this matter during a settlement conference that took place with the Honorable Magistrate Judge Chris McAliley on March 2, 2016. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised with the approval of the district court (or under the supervision of the U.S. Department of Labor). The parties request that the Court review and approve their settlement and dismiss this action with prejudice. The parties further request that the Court reserve jurisdiction to enforce the terms of the settlement, should such enforcement be necessary.

    3.    All parties are represented by counsel in this action, and all parties and their respective counsel agree and stipulate that the settlement represents a fair, reasonable, good faith

and arms-length compromise of Plaintiff's claims, including her reasonable attorney's fees and litigation expenses. Counsel for Plaintiff represents to the Court that he has incurred over 24 hours of attorney time, as well as $432 in litigation costs (filing fee and service of process for one defendant), which supports the reasonableness of the amount allocated for attorney's fees and litigation expenses under the terms of the Settlement Agreement.

4. Pursuant to this Court's PAPERLESS NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT [DE 17], the parties have filed their settlement agreement under seal for this Court's review.

WHEREFORE, Plaintiff and Defendant jointly request that the Court enter an order (a) approving the parties' settlement; (b) dismissing this action with prejudice; and (c) reserving jurisdiction to enforce the terms of the settlement, should such enforcement be necessary. A proposed order is provided herewith.

Respectfully submitted this 8th day of March, 2016.

| | |
|---|---|
| Robert S. Norell, Esquire | Barbra A. Stern |
| E-Mail: rob@floridawagelaw.com | E-Mail: bas@dwyerlawgroup.com |
| ROBERT S. NORELL, P.A. | DWYER LAW GROUP |
| 300 NW 70th Ave., Ste. 305 | 1 E. Broward Blvd. |
| Plantation, FL 33317 | Suite 700 |
| Telephone: (954) 617-6017 | Fort Lauderdale, FL 33301 |
| Facsimile: (954) 617-6018 | Telephone: (954) 745-5840 |
| Counsel for Plaintiff | Counsel for Defendant |
| | |
| *s/ Robert S. Norell* | *s/Barbra A. Stern* |
| ROBERT S. NORELL, ESQ. | BARBRA A. STERN, ESQ. |
| Florida Bar No. 996777 | Florida Bar No. 526576 |